NEWPORT TRIAL GROUP
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@trialnewport.com
James B Hardin, Bar No. 205071
jhardin@trialnewport.com
Ryan M. Ferrell, Bar No. 258037
rferrell@trialnewport.com
Victoria C. Knowles, Bar No. 277231
vknowles@trialnewport.com
895 Dove Street, Suite 425
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff and the Class

FILED
CLERK, U.S. DISTRICT COURT
SEP 7 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

____ Priority
____ Send
_X_ Clsd
____ Enter
____ JS-5/JS-6
____ JS-2/JS-3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DISTRICT

| ROBERT AYALA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INSIGHT PHARMACEUTICALS, LLC; and DOES 1-25, Inclusive,<br><br>Defendants. | Case No.: ED CV 12-0589-CAS (OPx)<br><br>[PROPOSED] ORDER |
|---|---|

The Court, having considered the Stipulation to Dismiss filed by the Parties herein, finds that the action should be dismissed with prejudice as to Plaintiff Robert Ayala and without prejudice as to the class.

9/7/12

_____
HON. Christina A. Snyder
United States District Judge